

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      In re David Timothy Butterfield

Appellate case number:   01-18-00903-CV

Trial court case number:  97319-F

Trial court:                     300th District Court of Brazoria County

Relator, David Timothy Butterfield, has filed a petition for a writ of mandamus and a "Motion to Stay Proceedings." The motion to stay is **granted**. The trial court proceedings in Case No. 97319-F, pending in the 300th District Court of Brazoria County, Texas are stayed. The stay is effective until disposition of relator's petition for a writ of mandamus or further order of this Court.

It is so ORDERED.

Judge's signature: ___/s/ Terry Jennings_____
                          ☒ Acting individually      ☐ Acting for the Court

Date: __November 8, 2018__